UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAGE GROWTH CORP. d/b/a
GAGE CANNABIS CO.,

    Plaintiff,

vs.

CHAD PROUDLOCK, an individual,

    Defendant.

USEDC Case No.
Wayne County Case No. 2022-003864-CB
Wayne County Judge Brian Sullivan

| JAFFE, RAITT, HEUER & WEISS, P.C. | KIRK, HUTH, LANGE & BADALAMENTI, PLC |
|---|---|
| By:  MICHAEL F. JACOBSON (P47059) | By: RAECHEL M. BADALAMENTI (P64361) |
|       KELLEY M. DONNELLY (P84678) |       MICHAEL J. PETRUS (P84605) |
| Attorneys for Plaintiffs | Attorneys for Defendant Chad Proudlock |
| 27777 Franklin Rd., Ste. 2500 | 19500 Hall Road, Ste. 100 |
| Southfield, MI  48034 | Clinton Twp., MI 48038 |
| (248) 351-3000 | 586-412-4900 |
| mjacobson@jaffelaw.com | rbadalamenti@kirkhuthlaw.com |
| kdonnelly@jaffelaw.com | mpetrus@kirkhuthlaw.com |

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant Chad Proudlock ("Proudlock"), by and through his counsel Kirk, Huth, Lange, & Badalamenti PLC, pursuant to 28 USC §1446, hereby remove the above action from the Wayne County Circuit Court to this Court, based on the following grounds:

1.    The above action was filed on or about April 1, 2022 in the Circuit Court for the County of Wayne, State of Michigan, Case No.: 22-003864-CB before the Honorable Brian R. Sullivan.

2. On information, service of this pleading was not effectuated or attempted on Defendants.

3. On or about May 19, 2022, Plaintiff voluntarily dismissed Green Parent Holdings from the matter.

4. On or about June 13, 2022, a First Amended Complaint was served in this matter but, again, service was not effectuated or attempted on Defendant.

5. Contemporaneously, the undersigned was retained by Defendant Proudlock on a related case brought by his company Canopy Affairs Group *against* Plaintiff's wholly owned subsidiary entities, all of whom are doing business as Gage Cannabis and represented by the same attorneys appearing on their behalf ihn this matter. That case against Gage Cannabis remains pending in the Wayne County Circuit Court, being 2020-016162-CB before the Honorable David J. Allen.

6. In this capacity, a copy of the First Amended Complaint was requested by the undersigned on behalf of Defendant Proudlock and was received by electronic mail on 6/14/2022.

7. There is complete diversity between the parties in this civil action. More specifically, the Plaintiff is, according to the pleadings a "Canadian corporation, incorporated under the Canada Business Corporations Act, with its principal place of business located in the City of Toronto, Ontario, Canada." ***See***

*First Amended Complaint, ¶1 (at Exhibit A)*. See 28 USC 1332(c)(1) (A corporation is deemed to be a citizen of both the state in which it is incorporated and the state in which it has its principal place of business.). On the other hand, Defendant is an individual residing in the City of Grosse Pointe, County of Wayne, State of Michigan. *See First Amended Complaint, ¶2.*

8. In addition, the First Amended Complaint asserts a claim value in excess of $845,000.00. *See First Amended Complaint, ¶17, 31.*

9. Accordingly, this is a matter in which this court has original jurisdiction under 28 USC §1332(a).

10. Defendants are entitled to remove the above action from the state court to this court pursuant to 28 USC §1446(a).

11. Pursuant to 28 USC §1446(b)(1), this Notice of Removal is timely filed within 30 days from the date of filing the First Amended Complaint and prior to actual service of any of the initial pleadings upon Defendant.[1]

12. Copies of all process, pleadings, and orders served on Defendants are attached and file with this notice as **Exhibit A**.

**WHEREFORE**, Defendant requests removal of this case from state court to this Court and such other relief as the Court deems appropriate.

---

[1] The undersigned remains willing to acknowledge service of the First Amended Complaint on behalf of Defendant and, in any event, intends to file a Motion to Dismiss in lieu of an Answer by July 14, 2022 in accordance with the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**KIRK, HUTH, LANGE &<br>BADALAMENTI, PLC** |
|  | By: s/Raechel M. Badalamenti<br>RAECHEL M. BADALAMENTI (P64361)<br>Attorneys for Defendant<br>19500 Hall Road, Suite 100<br>Clinton Township, MI 48038<br>(586) 412-4900  Fax: (586) 412-4900 |
| Dated: July 6, 2022 | rbadalamenti@KirkHuthLaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: MICHAEL F. JACOBSON (P47059) and KELLEY M. DONNELLY (P84678)

        s/Raechel M. Badalamenti
        RAECHEL M. BADALAMENTI (P64361)
        rbadalamenti@KirkHuthLaw.com
        Attorney for Defendant
        19500 Hall Road, Suite 100
        Clinton Township, MI 48038
        (586) 412-4900